NUMBER 13-04-232-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

FLORENCIO A. ALEJANDRO, ET AL.,                                                                  Appellants,

 

                                           v.

 

HARTFORD
ACCIDENT AND INDEMNITY COMPANY, 

ET AL.,                                                                  Appellees.

___________________________________________________________________

 

                  On appeal from the 117th
District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

        Before Chief Justice
Valdez and Justices Castillo and Garza

Memorandum
Opinion Per Curiam

 








Appellants, FLORENCIO A. ALEJANDRO, ET AL., perfected an appeal from a judgment
entered by the 117th District Court of Nueces
County, Texas, in cause number 01-02199-B.  After the clerk=s record was filed, appellants filed a motion to
dismiss the appeal.  In the motion,
appellants state that they no longer wish to prosecute this appeal.  Appellants request that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 28th day of July, 2005.